# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 10, 2020

**VIA ECF & FACSIMILE**
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, NY 11201-1804
(718) 613-2365 – one (1) page, including this cover page

> Re:   **Bumford,** *et ano.* **v. Brooklyn Chrysler Jeep Dodge Ram,** *et ano.*
> **Case No.: 1:19-cv-4176 (DLI) (CLP)**
> **MLLG File No.: 159-2019**

Dear Judge Pollak:

This office represents Defendants in the above-referenced matter.  See Docket Entry 5. Defendants write jointly with Plaintiffs to respectfully request a one (1) week extension of time to submit their joint letter motion for settlement approval.  The reason for the request is because though the parties have finalized their settlement agreement, the parties have not yet had an opportunity to sign the agreement.

The parties expect to have the agreement signed early next week and thus need a week to submit the fully executed agreement together with a joint letter motion for settlement approval. Accordingly, the parties' request for an extension of time should be granted.  The parties thank this Court for its time and attention to this matter.

Dated: Lake Success, New York
        April 10, 2020

> Respectfully submitted,
>
> **MILMAN LABUDA LAW GROUP PLLC**
> _____/s_____
> Emanuel Kataev, Esq.
> 3000 Marcus Avenue, Suite 3W8
> Lake Success, NY 11042-1073
> (516) 328-8899 (office)
> (516) 303-1395 (direct dial)
> (516) 328-0082 (facsimile)
> emanuel@mllaborlaw.com
>
> *Attorneys for Defendants*

cc: Plaintiffs (via ECF).